IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-328-F

| | |
|---|---|
| LOVELESS COMMERCIAL CONTRACTING, INC., UNITED STATES OF AMERICA, EX REL., </br></br>Plaintiff, </br></br>v. </br></br>WINDAMIR DEVELOPMENT, INC., d/b/a WINDAMIR DEVELOPMENT & CONSTRUCTION, and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, </br></br>Defendants. | **ORDER** |

This matter is before the court on the "Notice of Settlement" [DE-26] filed by the parties, informing the court that the parties have reached a settlement and resolution of all claims in this case, and requesting that all impending deadlines, specifically including, but not limited to, the deadline to provide the initial Rule 26(a) disclosures, be stayed.

Upon notice of the settlement from the parties, and in accordance with this court's usual practice, this action is hereby DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before December 2, 2013. Unless the case is reopened, counsel are DIRECTED to file a joint stipulation of dismissal with prejudice on or before that date. Accordingly, the parties' request for a stay of all deadlines is DENIED as moot.

SO ORDERED. This the _16th_ day of October, 2013.

James C. Fox
Senior United States District Judge